Fill in this information to identify your case:

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | 901 Strada, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 45-5458741 | |
| 4. **Debtor's address** | **Principal place of business** 9454 Wilshire Blvd. Suite 208 Number   Street  Beverly Hills   CA   90212 City   State   ZIP Code  Los Angeles County County | **Mailing address, if different from principal place of business** 11301 W. Olympic Blvd, Suite 537 Number   Street  P.O. Box  Los Angeles   CA   90064 City   State   ZIP Code  **Location of principal assets, if different from principal place of business** 901 Strada Vecchia Road Number   Street  Los Angeles   CA   90077 City   State   ZIP Code |
| 5. **Debtor's website** (URL) | | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor  901 Strada, LLC    Case number *(if known)* _____
        Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

2361____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                              MM / DD / YYYY
        District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____ Relationship _____
        District _____ When _____
                                          MM / DD / YYYY
        Case number, if known _____

Debtor  901 Strada, LLC
          _____
          Name

Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☑ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 901 Strada Vecchia Road
Number    Street

Los Angeles        CA      90077
City              State   ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency   Nahai Insurance

Contact name   Bijan Nahai

Phone   310-282-0900

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor __901 Strada, LLC__    Case number (if known) _____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/27/2019__
            MM / DD / YYYY

X _____    __Mohamed Hadid__
Signature of authorized representative of debtor    Printed name

Title __Managing Member__

**18. Signature of attorney**

X _____    Date __11/27/2019__
Signature of attorney for debtor                MM / DD / YYYY

__Bruce Rudman__
Printed name

__Abdulaziz Grossbart & Rudman__
Firm name

__6454 Coldwater Canyon Ave__
Number    Street

__North Hollywood__    __CA__    __91606__
City                  State    ZIP Code

__8187602000__    __bdr@agrlaw.com__
Contact phone    Email address

__184610__    __CA__
Bar number    State

**Fill in this information to identify the case:**

Debtor name: 901 Strada, LLC

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | RAL DESIGN AND MANAGEMENT, INC. 9909 Topanga Canyon Blvd., Suite 263 Chatsworth, CA, 91311 | Russell Linch | Services | Disputed Unliquidated | | | 386,537.70 |
| 2 | Ace Building Materials 6023 Sepulveda Blvd. Van Nuys, CA, 91411 | 818-781-1755 | Suppliers or Vendors | Disputed Unliquidated | | | 201,044.00 |
| 3 | Shahbaz Law Group 14557 Friar Street, # 100 Van Nuys, CA, 91411 | | Judgment Liens | | | | 104,270.15 |
| 4 | The Best Demolition 12000 Blucher Avenue Granada Hills, CA, 91344 | 818-366-3500 | Suppliers or Vendors | Disputed Unliquidated | | | 93,147.95 |
| 5 | Juanes Portable Welding 12672 Haster Street Garden Grove, CA, 92840 | | Suppliers or Vendors | Disputed Unliquidated | | | 46,492.50 |
| 6 | DMC Plumbing 28100 Bouquet Canyon Rd., # 208 Santa Clarita, CA, 91350 | | | Disputed Unliquidated | | | 35,191.20 |
| 7 | Hirsch Pipe 15025 Oxnard Street, SUite 100 Van Nuys, CA, 91411 | | Suppliers or Vendors | Disputed Unliquidated | | | 19,610.37 |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    901 Strada, LLC
          _____
          Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

AM FAMILY FUND, LLC
11301 W. Olympic Blvd,, Suite 537
Los Angeles, CA 90064


Ace Building Materials
6023 Sepulveda Blvd.
Van Nuys, CA 91411


Bel Air Project, LLC
11301 W. Olympic Blvd,, Suite 537
Los Angeles, CA 90064


DMC Plumbing
28100 Bouquet Canyon Rd., # 208
Santa Clarita, CA 91350


FIRST CREDIT BANK
9255 Sunset Blvd
West Hollywood, CA 90069


Hirsch Pipe
15025 Oxnard Street, SUite 100
Van Nuys, CA 91411


John/Judith  Bedrosian and Joseph/Beatriz Hor
C/O Bird Marella
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067


Juanes Portable Welding
12672 Haster Street
Garden Grove, CA 92840

LA COUNTY TAX COLLECTOR
225 North Hill Street, First Floor Lobby
Los Angeles, CA 90012


LA COUNTY TAX COLLECTOR
225 North Hill Street, First Floor Lobby
Los Angeles, CA 90012


Mohamed Hadid
11301 W. Olympic Blvd,, Suite 537
Los Angeles, CA 90064


RAL DESIGN AND MANAGEMENT, INC
C/O JEFFREY HOROWITZ
14156 Magnolia Blvd., Suite 200
Sherman Oaks, CA 91423


RAL DESIGN AND MANAGEMENT, INC.
9909 Topanga Canyon Blvd., Suite 263
Chatsworth, CA 91311


Republic Investment Company
2049 Century Park East, Suite 3630
Los Angeles, CA 90067


Shahbaz Law Group
14557 Friar Street, # 100
Van Nuys, CA 91411


Souki, Charif
c/o James M. Rishwain
Pillsbury Winthrop Shaw Pittman
725 S. F
Los Angeles, CA 90017

**TREETOP DEVELOPMENT, LLC**
**11301 W. Olympic Blvd,, Suite 537**
**Los Angeles, CA 90077**


**The Best Demolition**
**12000 Blucher Avenue**
**Granada Hills, CA 91344**

United States Bankruptcy Court
Central District of California

In re: 901 Strada, LLC

Case No.

Chapter  11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____11/27/2019_____

_____
Signature of Individual signing on behalf of debtor

_____Managing Member_____
Position or relationship to debtor