THE LAW OFFICES OF
**ABDULAZIZ, GROSSBART & RUDMAN**
6454 Coldwater Canyon Ave.
North Hollywood, CA 91606-1187
(818) 760-2000 or Fax (818) 760-3908
Bruce D. Rudman (SB# 184610)
email address: bdr@agrlaw.com

*Proposed* Attorneys for the Debtor, 901 STRADA LLC

M. Jonathan Hayes (Bar No. 90388)

Matthew D. Resnik (Bar No. 182562)

**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
jhayes@rhmfirm.com

*Proposed* Special Counsel for Debtor
901 Strada, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>901 STRADA, LLC,<br><br>        Debtor. | Case No.: 2:19-bk-23962-BB<br><br>Chapter 11<br><br>**PROOF OF SERVICE**<br><br>Action Filed:    November 27, 2019<br><br>Date:  December 17, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 1539<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

- i -
**PROOF OF SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6454 Coldwater Canyon Avenue North Hollywood, CA 91606

A true and correct copy of the foregoing document entitled (*specify*):
1. **EVIDENTIARY OBJECTIONS AND REQUEST TO STRIKE CERTAIN EVIDENCE, IN SUPPORT OF MOTION TO DISMISS BANKRUPTCY CASE; AND MOTION FOR RELIEF FROM AUTOMATIC STAY;**
2. **CONSOLIDATED OPPOSITION TO MOTION TO DISMISS BANKRUPCY CASE, OR FOR RELIEF FROM AUTOMATIC STAY; DECLARATIONS OF MOHAMED HADID, JUSTIN KUNKLE AND CARL JOSEPHSON IN SUPPORT THEREOF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 16, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

skatzman@bienertkatzman.com
amatin@bienertkatzman.com
glincenberg@birdmarella.com
aneuman@birdmarella.com
sbannett@birdmarella.com
Kenneth G. Lau – Kenneth.g.lau@usdoj.gov
Dennette A. Mulvaney – dmulvaney@leechtishman.com; lmoya@leechtishman.com
ron@ronrichard.,com
United States Trustee – ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Steven Katzman
Ali Matin
BIENERT KATZMAN PC
601 5th Street, Suite 720
Los Angeles, CA 90071

Gary S. Lincenberg
Ariel A. Neuman
Shoshana E.Bannett
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS,
    LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 16, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    Hon Sheri Bluebond (Personal Delivery)
    United States Bankruptcy Court
    Central District of California
    Edward R. Roybal Federal Building and Courthouse
    255 E. Temple Street, Suite 1534 / Courtroom 1539
    Los Angeles, CA 9001

    Kenneth Lau
    Region 16, Los Angeles Division
    915 Wilshire Boulevard, Suite 1850
    Los Angeles, CA 90017-5418

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/16/19 | BRUCE D. RUDMAN | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE