Steven Katzman – State Bar No. 132755
skatzman@bienertkatzman.com
Ali Matin – State Bar No. 268452
amatin@bienertkatzman.com
BIENERT | KATZMAN PC
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

Gary S. Lincenberg – State Bar No. 123058
glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
aneuman@birdmarella.com
Shoshana E. Bannett – State Bar No. 241977
sbannett@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for John C. Bedrosian, Judith
Bedrosian, Beatriz Horacek, and Joseph Horacek

**FILED & ENTERED**

**DEC 17 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re

901 STRADA, LLC,

                    Debtor.

CASE NO. 2:19-bk-23962-BB
Chapter 11

**ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. SECTION 1112 WITH 180-DAY BAR TO REFILING**

Hearing Information:
  Date:      December 17, 2019
  Time:     10:00 a.m.
  Place:    Courtroom 1539
               255 E. Temple Street
               Los Angeles, CA 90012

Having considered the *Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. Section 1112* (the "Motion") filed by John C. Bedrosian, Judith Bedrosian, Beatriz Horacek, and Joseph Horacek [Dkt. 13], the oppositions filed by the debtor, 901 Strada, LLC, [Dkt. 40] and First Credit Bank [Dkt. 39], all other pleadings in support and in opposition to the Motion, and the arguments of counsel at hearing; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is **GRANTED** for the reasons stated in the Court's tentative ruling; and

2.    The case is **DISMISSED** with a 180-day bar to refiling.

###

Date: December 17, 2019

Sheri Bluebond
United States Bankruptcy Judge

ORDER GRANTING DISMISSAL MOTION